1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
   BARRY SULLIVAN, ESQ.           (SBN 136571)
3  RICHARD A. LOVICH, ESQ.        (SBN 113472)
4  CELIM E. HUEZO, ESQ.           (SBN 236980)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:   (818) 559-5484

8  Attorneys for Plaintiff
9  LONG BEACH MEMORIAL MEDICAL CENTER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| LONG BEACH MEMORIAL MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN, a non-profit corporation; and DOES 1 THROUGH 25, Inclusive,<br><br>Defendants. | Case No.: CV12-2224-CAS<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL<br><br>[Fed. R. Civ. Proc. 41]<br><br>Honorable Christina A. Snyder |
|---|---|

Having read and considered the parties Stipulation Regarding Dismissal and good cause being shown,

- 1 -   [PROPOSED] ORDER RE: DISMISSAL

1  IT IS ORDERED THAT this action be dismissed with prejudice
2  pursuant to Fed. R. Civ. Proc. Rule 41 (a)1(ii) without fees and cost assessed to
3  either party.
4
5  Dated: ___December 23, 2013___
6                                 Hon. Christina A. Snyder